**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover          Date: October 6, 2014
Court Reporter: Terri Lindblom
Probation Officer: Robert Ford

Criminal Action No. 13-cr-00180-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                       Tim Neff

       Plaintiff,

v.

RICHARD K. SEARS,                                          John Richilano
                                                                                Michael Arvin

       Defendant.

---

**SENTENCING MINUTES**
---

**1:34 p.m.**      **Court in session**.

Sentencing continued from April 29, 2014.

Defendant present on bond.

Allocution. - Statements made by: The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**      Defendant's Motion for Variant Sentence (Doc. #32) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**2:44 p.m.**      **Court in recess.**

Total Time:   70 minutes.
Hearing concluded.